UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

    v.                                          CASE NO. 2:24-mj-1202-KCD

JEFFRIN ARIEL MEJIA-MEJIA

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the complaint against Defendant Jeffrin Ariel Mejia-Mejia, without prejudice. At the hearing on November 15, 2024, defense counsel did not object to this proffered relief. Accordingly, the motion is **GRANTED** and the complaint against Defendant Jeffrin Ariel Mejia-Mejia is dismissed without prejudice. The Clerk of Court is directed to close the case.

**ORDERED** in Fort Myers, Florida on November 15, 2024.

Kyle C. Dudek
United States Magistrate Judge